## Charles Ford Langworthy, Appellant, v. Stella Pease Hulette, Executrix, Appellee.

### Gen. No. 19,258.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. H. STERLING POMEROY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed May 21, 1914.

### Statement of the Case.

The parties conceded that the decision in this case is controlled by the decision in *Merchants' Loan & Trust Company v. Hulette,* reported on page 161, *ante.* For the reasons stated in the opinion in that case, the judgment is affirmed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

McCULLOCH & McCULLOCH, for appellant.

HARRIS F. WILLIAMS and CHYTRAUS, HEALY & FROST, for appellee.

MR. JUSTICE SCANLAN delivered the opinion of the court.